

**S.C.**

v.

**A.C.**

**2601 EDA 2016**

Superior Court of Pennsylvania.

05/11/2017

2007–16468
(Montgomery)
Affirmed

**COM.**

v.

**MORALES, M.**

**833 MDA 2016**

Superior Court of Pennsylvania.

05/11/2017

CP–36–CR–0001430–2015 (Lancaster)
Affirmed

**COM.**

v.

**OCASIO–SANTANA, L.**

**1114 MDA 2016**

Superior Court of Pennsylvania.

05/11/2017

CP–36–CR–0004407–2008 (Lancaster)
Affirmed

**COM.**

v.

**CARMICHAEL, S.**

**1254 MDA 2016**

Superior Court of Pennsylvania.

05/11/2017

CP–67–CR–0005114–2012 (York)
Remanded Jurisdiction Retained

**COM.**

v.

**KOLOVICH, R.**

**1273 MDA 2016**

Superior Court of Pennsylvania.

05/11/2017

CP–40–CR–0002136–2014 (Luzerne)
Remanded Jurisdiction Retained

**COM.**

v.

**ROMINGER, K.**

**1710 MDA 2016**

Superior Court of Pennsylvania.

05/11/2017

CP–21–CR–0000884–2015 (Cumberland)
Vacated/Remanded

